UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-10747-MWF(PLAx)**                         Dated: **September 30, 2021**

Title:    Orlando Garcia -v- Populus Financial Group, Inc.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [29] filed September 23, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for December 6, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk   rs
CIVIL - GEN