CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CLARK HILL LLP
BRADFORD G. HUGHES (SBN 247141)
bhughes@ClarkHill.com
TEANNA L. BUCHNER (SBN 275697)
tbuchner@ClarkHill.com
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Attorneys for Defendant
Populus Financial Group, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

Plaintiff,

v.

POPULOUS FINANCIAL GROUP, INC., a Texas Corporation;

Defendants.

Case: 2:20-cv-10747-MWF-PLA

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 18, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: October 18, 2021 CLARK HILL LLP

By: /s/ Bradford G. Hughes
Bradford G. Hughes
Attorneys for Defendant
Populus Financial Group, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Bradford G. Hughes, counsel for Populus Financial Group, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 18, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff